# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

ROBERT L. GUESBY,

    Plaintiff,

V.

HUMANA, INC.

    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 00-6136

CIV-ZLOCH

MAGISTRATE JUDGE SELTZER

TO: (Name and address of defendant)

Its President at: 500 W. Main St.
Louisville, KY 40202

or Its Registered Agent at
Corporation Service Company
1201 Hays Street
Tallahassee, FL 32301-2525

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Greg A. Lewen, Esquire, Miller, Schwartz & Miller, P.A., P.O. Box 7259, Hollywood, FL 33081-1259

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox
CLERK

JAN 2 8 2000
DATE

(BY) DEPUTY CLERK