UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION
Case No. 00-6136- CIV-Zloch
Magistrate Judge Seltzer

ROBERT L. GUESBY,

    Plaintiff,

v.

HUMANA INC.,

    Defendant.

_____/

**DEFENDANT'S UNOPPOSED MOTION TO FILE MOTION AND SUPPORTING MEMORANDUM OF LAW IN EXCESS OF PAGE LIMIT**

Defendant, Humana Inc. ("Defendant"), pursuant to Local Rule 7.1(C)(2) requests leave to serve and file a motion to dismiss and supporting memorandum of law which exceeds this Court's twenty (20) page limit. The Defendant's grounds for this unopposed motion are set forth below in the accompanying memorandum of law.

**MEMORANDUM OF LAW**

This Court's Local Rule 7.1(C)(2) provides for a twenty (20) page limit for a brief or legal memorandum unless the requesting party seeks permission from the Court to submit a memorandum exceeding this page limitation.

Consistent with the complexity of this action as reflected in Plaintiff's 60 page Complaint, counsel for Defendant proposed, and counsel for Plaintiff agreed, that the parties would request that

1

the Court grant the parties permission to file legal memoranda in excess of the page limitations set forth in Local Rule 7.1. Defendant requests permission to file a memorandum of up to 50 pages in support of its motion to dismiss. Plaintiff would then be permitted to file a memorandum in opposition of up to 60 pages in length. Defendant would be permitted to file a reply of up to 20 pages in length. Defendant and Plaintiff agree that the page limitations provided in the Local Rules need to be relaxed for purposes of the motion to dismiss and Plaintiff's opposition because of the numerous and complex issues raised by the Complaint.

WHEREFORE, Defendant respectfully requests this Court grant Defendant leave to file a single motion to dismiss and supporting memorandum of law not to exceed fifty (50) pages and a reply memorandum not to exceed twenty (20) pages, and grant Plaintiff leave to file a memorandum in opposition to Defendant's motion to dismiss not to exceed sixty (60) pages.

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. mail on James Fox Miller, Esquire, Charles Fox Miller, Esquire, Greg A. Lewen, Esquire, 2435 Hollywood Boulevard, Hollywood, FL 33020 on this _22nd_ day of February, 2000.

Of Counsel:
O'MELVENY & MYERS LLP
555 13th Street, N.W.
Suite 500 West
Washington, D.C.
(202) 383-5300

JONES, FOSTER, JOHNSTON & STUBBS, P.A.
Attorneys for Defendant
505 South Flagler Drive, Suite 1100
Post Office Box 3475
West Palm Beach, Florida 33402-3475
(561) 659-3000

By: _____
Peter A. Sachs
Florida Bar No. 349062

N:\PAS\humanageneral\guesbyexcessmotion.wpd

2