

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6136-CIV-ZLOCH

ROBERT L. GUESBY,

    Plaintiff,

vs.                                    **ORDER OF TRANSFER**

HUMANA INC.,

    Defendant.
_____/

    GOOD CAUSE appearing therefor pursuant to Local Rule 3.9(C) and subject to consent hereinbelow, it is

    **ORDERED** that the above-numbered cause be and the same is hereby transferred to the calendar of Judge FEDERICO A. MORENO for all further proceedings.

    **DATED** in Chambers at Fort Lauderdale, Broward County, Florida, this _15th_ day of February, 2000.

                                     WILLIAM J. ZLOCH
                                     United States District Judge

    After reviewing the court file in the above-numbered cause, the undersigned hereby accepts the transfer of said case.

Therefore, it is

**ORDERED** that all pleadings hereinafter filed shall bear the following case number: Case No. 00-6136-MORENO thereby indicating the Judge to whom all pleadings should be routed or otherwise brought for attention.

**THE FOREGOING** transfer is herewith accepted this ___ day of ~~February~~ March, 2000.

_____
FEDERICO A. MORENO
United States District Judge


Copies furnished:

The Honorable William J. Zloch

James Fox Miller, Esq.
Charles Fox Miller, Esq.
Greg A. Lewen, Esq.
For Plaintiff

Lucy Lara, Case Assignment Administrator

2