UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



Case No. 00-6136-CIV-MORENO/Seltzer

ROBERT L. GUESBY,

    Plaintiff,

v.

HUMANA INC.,

    Defendant.
_____/

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned firm hereby appears as additional counsel of record for the Defendant Humana, Inc. Undersigned counsel requests that copies of further pleadings and correspondence be directed to the undersigned at the address below.

    ADORNO & ZEDER, P.A.

    _____
    Henry N. Adorno, hna@adorno.com
    Fla. Bar No. 160203
    Raoul G. Cantero, III, rgc@adorno.com
    Fla. Bar No. 552356
    2601 South Bayshore Drive, Suite 1600
    Miami, Florida 33133
    Phone: (305) 858-5555
    Fax:   (305) 858-4777

Case No. 00-6136-CIV-MORENO

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance was served by mail this ____ day of March, 2000, upon:

Greg Lewen
James Fox Miller
Charles Fox Miller
Miller, Schwartz & Miller, P.A.
P.O. Box 7259
Hollywood, FL 33081-1259



RGC/L.NOTICE/275489/14623.001

2

ADORNO & ZEDER, P.A.
2601 SOUTH BAYSHORE DRIVE • SUITE 1600 • MIAMI, FLORIDA 33133 • TELEPHONE (305)858-5555 • TELEFAX 858-4777