UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 00-6136-CIV-MORENO/Seltzer

ROBERT L. GUESBY,

    Plaintiff,

vs.

HUMANA INC.,

    Defendant.
_____/

## DEFENDANT HUMANA'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF ITS MOTION TO STAY PROCEEDINGS

Defendant, Humana Inc., submits the following supplemental authority in support of its Notice of Motion Pending Before the Judicial Panel on Multidistrict Litigation and Motion for Stay Pending Resolution of Motion to Transfer and Consolidate for Pretrial Proceedings, filed on February 23, 2000 (DE 6): *Weinger, et al. v. Humana, Inc.*, Case no. 99-9108-CIV-Ryskamp (Order Granting Stay of Proceedings dated March 13, 2000). *Weinger* involves the same essential facts, the same defendant, and the same allegations as does this case. District Judge Ryskamp stayed the case pending resolution of the motion to transfer the case to the multi-district litigation panel.

Case No. 00-6136-CIV-MORENO

Respectfully submitted,

ADORNO & ZEDER, P.A.

_____
Henry N. Adorno
Fla. Bar No. 160203, hna@adorno.com
Raoul G. Cantero, III
Fla. Bar No. 552356, rgc@adorno.com
2601 South Bayshore Drive, Suite 1600
Miami, Florida 33133
Phone: (305) 858-5555
Fax:   (305) 858-4777

and

Jones Foster Johnston & Stubbs
505 S. Flagler Drive, Suite 1100
P.O. Box 3475
West Palm Beach, FL 33402-3475

Case No. 00-6136-CIV-MORENO

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served by mail this 16th day of March, 2000, upon:

Greg Lewen
James Fox Miller
Charles Fox Miller
Miller, Schwartz & Miller, P.A.
P.O. Box 7259
Hollywood, FL 33081-1259



RGC/L.NOTICE/276438/14623.001

3

ADORNO & ZEDER, P.A.
2601 SOUTH BAYSHORE DRIVE • SUITE 1600 • MIAMI, FLORIDA 33133 • TELEPHONE (305)858-5555 • TELEFAX 858-4777



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH

Case No. 99-9108-CIV-RYSKAMP

ALAN WEINGER, CYNTHIA ZILKA
and CLIVE D. HAYHURST on behalf
of themselves and all others
similarly situated,

    Plaintiffs,

vs.

HUMANA INC.,

    Defendant.
_____/

## ORDER GRANTING STAY OF PROCEEDINGS

THIS CAUSE came before the Court upon the defendant's notice that it recently filed a motion to the Judicial Panel on Multidistrict Litigation for an order of transfer and an order of consolidation [DE 12 & 14], filed March 7, 2000.

In the interest of justice and judicial economy, this Court shall stay the above-styled matter pending resolution of the motion to transfer this case to the multi-district litigation panel. The parties shall keep the Court informed on this matter.

ORDERED AND ADJUDGED that proceedings will be STAYED pending further order of this Court.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 13 day of March, 2000.

                              KENNETH L. RYSKAMP
                              UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

copies provided:
Brian Brooks, Esq.
David Krathen, Esq.
H. Laddie Montague, Jr., Esq.
James W. Beasley, Jr., Esq.
Peter A. Sachs, Esq.