UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6136-CIV-MORENO

ROBERT L. GUESBY

    Plaintiff,

vs.

HUMANA, INC.,

    Defendant.
_____/



### RULE TO SHOW CAUSE WHY THE COURT SHOULD NOT DISMISS THIS CASE AND GRANT LEAVE TO AMEND PLEADINGS IN CASE NO. 99-8763-CIV-MORENO TO INCLUDE THIS CAUSE OF ACTION

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

Currently the following identical or substantially similar actions against Defendant, Humana, Inc., are pending before this Court:

    *Regina Joi Price v. Humana, Inc.* - 99-8763-CIV-MORENO

    *Donna Messina v. Humana, Inc.* - 99-3309-CIV-MORENO;

    *Dara R. Lewin v. Humana, Inc.* - 00-6130-CIV-MORENO;

    *Adriana Berrios v. Humana, Inc.* - 00-6131-CIV-MORENO;

    *Sarah A. Rothman v. Humana, Inc.* - 00-6132-CIV-MORENO;

    *Robert L. Guesby v. Humana, Inc.* - 00-6136-CIV-MORENO;

    *Ailene Colini v. Humana, Inc.* - 00-6139-CIV-MORENO;

    *Susan K. Smart v. Humana, Inc.* - 00-6140-CIV-MORENO.

Additionally, this Court is aware of two other actions (***Maureen Lewinsohn v. Humana, Inc.* - 00-0638-CIV-MOORE** and *Alan Weinger v. Humana, Inc.* - 99-9108-CIV-



**RYSKAMP**) that have not yet been transferred to the undersigned. Accordingly, it is

ADJUDGED that the parties shall no later than **March 28, 2000**, file responses to show cause why the Court should not dismiss this case without prejudice and grant leave to amend the Complaint in Case No. **99-8763-CIV-MORENO** to assert all claims that were raised in the above-captioned case. If the parties do not respond by that date, this case will be **DISMISSED WITHOUT PREJUDICE** and leave will be granted to amend the Complaint in Case No. **99-8763-CIV-MORENO** to assert all claims that are raised in the above-captioned case.

DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of March, 2000.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

COPIES PROVIDED TO COUNSEL
ON ATTACHED SERVICE LIST

**SERVICE LIST**
Robert L. Guesby v. Humana, Inc.
Case No.: 00-6136-CV-MORENO

| <u>*Counsel for Plaintiff*</u> | <u>*Counsel for Defendant*</u> |
|---|---|
| James F. Miller, Esq.<br>Charles F. Miller, Esq.<br>Greg A. Lewen, Esq.<br>  MILLER, SCHWARTZ & MILLER, P.A.<br>P.O. Box 7259<br>Hollywood, FL 33081 | John H. Beisner, Esq.<br>Brian D. Boyle, Esq.<br>Brian Brooks, Esq.<br>Robert Eccles, Esq.<br>Ira H. Raphaelson, Esq.<br>John A. Rogovin, Esq.<br>***O'MELVENY & MYERS***<br>555 13th Street NW<br>Suite 500 West<br>Washington, DC 20004-1109<br><br>Peter Alan Sachs, Esq.<br>***JONES FOSTER JOHNSTON & STUBBS***<br>505 S Flagler Drive<br>Suite 1100 PO Box 3475<br>West Palm Beach, FL 33402-3475<br><br>Henry N. Adorno, Esq.<br>Raoul G. Cantero, III, Esq.<br>***ADORNO & ZEDER, P.A.***<br>2601 South Bayshore Drive, Suite 1600<br>Miami, FL 33133 |